UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BLACKSHIRE, JR., <br><br>　　　　　　　　　Plaintiff, <br><br>v. <br><br>BUCA RESTAURANTS 2, INC., et al., <br><br>　　　　　　　　　Defendants. | Case No.: 21-CV-1505 JLS (WVG) <br><br> **ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO COMPLY WITH JANUARY 3, 2022 ORDER** <br><br>(ECF No. 4) |

On January 3, 2022, this Court denied Plaintiff Robert Blackshire, Jr.'s Application to Proceed *in Forma Pauperis* ("IFP") and denied Plaintiff's Request for Appointment of Counsel. *See generally* ECF No. 4 (the "Order"). In its Order, the Court directed Plaintiff to, within twenty-one days, either pay the $402 filing fee required to maintain his action or file a renewed IFP application that accounted for various deficiencies identified by the Court in the first application. *See id.* at 8–9. The Order explicitly provided: "***Plaintiff is hereby on notice that if he fails to pay the $402 filing fee or file a renewed IFP motion within twenty-one days from the date of this Order*, the Court will dismiss this action without prejudice.**" *Id.* at 9 (emphasis in original). Plaintiff has neither paid the filing fee nor filed a renewed IFP application in accordance with the Order. *See generally* Docket.

/ / /

In light of the foregoing, the Court **DISMISSES WITHOUT PREJUDICE** Plaintiff's action for failure to comply with the Court's January 3, 2022 Order.

**IT IS SO ORDERED.**

Dated: January 27, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge